[No. 18150-9-II.    Division Two.    February 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA A. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 93-1-00181-9, James B. Sawyer II, J., entered January 27, 1994. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 16446-9-II.    Division Two.    February 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HAU DONG VO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00359-9, James D. Ladley, J., entered August 14, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 16139-7-II.    Division Two.    February 8, 1995.]

*In the Matter of the Marriage of* MICHAEL E. BASS, *Respondent, and* MARY P. WRIGHT BASS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-3-00396-0, William E. Howard, J., entered May 29, 1992. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater, J., and Alexander, J. Pro Tem.